## JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rockport Administrative Services, LLC, a California Limited Liability Company<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Integrated Health Systems, LLC, a Kansas Limited Liability Company<br><br>　　　　　　　Defendant. | Case No. 2:23-cv-04920-SPG-AFM<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 21, 2023<br>Trial Date: None Set |

The Court, having considered the parties' Stipulation and Joint Motion for Entry of Order of Dismissal with Prejudice, hereby GRANTS the Stipulation and ORDERS that Plaintiff Rockport Administrative Services, LLC's claims against Defendant Integrated Health Systems, LLC as pled in Plaintiff's Complaint (ECF No. 1) are dismissed *with* prejudice. The parties shall each bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: November 28, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE